UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV325 |
| | ) | ENTRY OF DEFAULT |
| EVELIA GARCIA d/b/a | ) | |
| BELLAS BAR, | ) | |
| Defendant. | ) | |

IT APPEARING that Plaintiff has requested Entry of Default in the above-entitled matter,

and it has been made to appear, upon affidavit or otherwise, that Defendant Evelia Garcia d/b/a Bellas Bar has failed to plead or otherwise defend the complaint filed in this action and is subject to entry of default.

NOW THEREFORE, default is hereby entered against Defendant Evelia Garcia d/b/a Bellas Bar, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 17th day of April 2007.

United States District Judge